❏ Original ❏ Dup

**CLERK'S OFFICE**
**A TRUE COPY**
**Feb 27, 2026**
**s/ MMK**
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail Parcel number 9405 5362 0624<br>9316 4928 06 | )<br>)<br>)<br>)<br>)<br>)    Case No.     26-MJ-53 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin *(identify the person or describe the property to be searched and give its location)*:

SUBJECT PARCEL ONE is described: 12.5" L x 9.5" H x 0.25" W, white USPS Priority Mail Flat Rate Envelope; weighing approximately 2 oz or 56.7 grams; USPS Priority Mail postage label with tracking number 9405 5362 0624 9316 4928 06; e-postage paid label has the origin zip code of 92708 "Fountain Valley, CA"; addressed to 4013 N 47th Pl., Sheboygan, WI 53083;postage paid was $8.28; commercial e-postage generated postage label is addressed to to "Paul Brotz 4013 N 47th Pl., Sheboygan, WI 53083-2544" and sent from "Nadia Dunlap 11392 Stonecress Ave., Fountain Valley, CA 92708."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before    03/13/2026    *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    U.S. Magistrate Judge William E. Duffin    .
                                                              *(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)* ☑ until, the facts justifying, the later specific date of    08/24/2026    .

Date and time issued:    02/27/2026 at 9:45 a.m.                 *William E. Duffin*
                                                                *Judge's signature*

City and state:    Milwaukee, Wisconsin                 William E. Duffin, U.S. Magistrate Judge
                                                                   *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin



**CLERK'S OFFICE**
**A TRUE COPY**

Feb 27, 2026

**s/ MMK**

**Deputy Clerk, U.S. District Court**
**Eastern District of Wisconsin**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Parcel number 9405 5362 0624 9316<br>4928 06 | )<br>)<br>)<br>)<br>)<br>)    Case No.     26-MJ-53<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel number 99405 5362 0624 9316 4928 06 mailed from "Nadia Dunlap 11392 Stonecress Ave., Fountain Valley, CA 92708."

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 846 | Conspiracy to and distribution and possession with intent to distribute a controlled substance and unlawful use of a communication facility to distribution of a controlled substance. |

The application is based on these facts:

Please see attached affidavit, which is hereby incorporated by reference.

☑ Continued on the attached sheet.

☑ Delayed notice of __180__ days *(give exact ending date if more than 30 days:* __08/24/2026__ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher A. Massari, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____Telephone_____ *(specify reliable electronic means)*.

Date: __02/27/2026__

_____
*Judge's signature*

City and state: __Milwaukee, Wisconsin__

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

I, Christopher A. Massari, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin.  I have been a federal law enforcement officer for over fifteen years.  From May 2011 to January 2022, I served as a Special Agent with the United States Department of State, Diplomatic Security Service and from January 2022 to the present day, with the USPIS.

2.      The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking, and identity theft involving the United States Mail.

3.      I have participated in numerous complex organized crime investigations which involved violations of state and federal controlled substances laws and other related offenses.  I have extensive experience with investigating international organized criminal organizations that specialize in identity theft, human smuggling, prostitution, counterfeit products, visa fraud, US passport fraud, and monetary structuring to finance larger criminal operations including terrorism and controlled substance distribution.  I have had both formal training and have participated in numerous complex organized crime investigations.  More specifically, my training and experience include the following:

   a. I have participated in numerous search warrants where controlled substances, drug paraphernalia, and organized crime records were seized;

1

b. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale;

c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking;

f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets to avoid scrutiny from law enforcement officials; and

g. I am familiar with how criminal organizations use the USPS and other parcel delivery organizations to circumvent the law enforcement inspection process.

4. Based on my training received at the Federal Law Enforcement Training Center (FLETC), personal experience, collaboration with other Postal Inspectors, on the job training, Wisconsin DEA operations, and working with North Central, High Intensity Drug Trafficking Area "HIDTA" drug task force officers, I understand the basic fundamentals of narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances that are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

**PURPOSE OF AFFIDAVIT**

5. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846

2

(Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

### PARCEL TO BE SEARCHED

6. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for two USPS Priority Mail pieces, **SUBJECT PARCEL ONE** and **SUBJECT PARCEL TWO** (collectively referred to as **SUBJECT PARCELS**).

7. The **SUBJECT PARCEL ONE** is described as 12.5" L x 9.5" H x 0.25" W, white USPS Priority Mail Flat Rate Envelopes. **SUBJECT PARCEL ONE** weighing approximately 2 ounces or 56.7 grams and bearing a USPS Priority Mail postage label and USPS tracking number 9405 5362 0624 9316 4928 06. **SUBJECT PARCEL ONE's** USPS e-postage paid label has the origin zip code of 92708 "Fountain Valley, CA" and is addressed to 4013 N 47th Pl., Sheboygan, WI 53083. The postage paid was $8.28. **SUBJECT PARCEL ONE's** commercial e-postage generated postage label is addressed to "Paul Brotz 4013 N 47th Pl., Sheboygan, WI 53083-2544". **SUBJECT PARCEL ONE's** e-postage generated postage label was sent from "Nadia Dunlap 11392 Stonecress Ave., Fountain Valley, CA 92708."

8.      **SUBJECT PARCEL TWO** is described as 12.5" L x 9.5" H x 0.25" W, white USPS Priority Mail Flat Rate Envelopes.  **SUBJECT PARCEL TWO** weighing approximately 3 ounces or 85 grams and bearing a USPS Priority Mail postage label and USPS tracking number 9405 5362 0624 9316 4916 56.  **SUBJECT PARCEL TWO's** USPS e-postage paid label has the origin zip code of 92708 "Fountain Valley, CA" and is addressed to 4013 N 47th Pl., Sheboygan, WI 53083.  The postage paid was $8.28.  **SUBJECT PARCEL TWO's** commercial e-postage generated postage label is addressed to "Paul Brotz 4013 N 47th Pl., Sheboygan, WI 53083-2544".  **SUBJECT PARCEL TWO's** e-postage generated postage label was sent from "Nadia Dunlap 11392 Stonecress Ave., Fountain Valley, CA 92708."

## INVESTIGATION OF THE SUBJECT PARCEL

9.      I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as:  Washington, Oregon, California, Colorado, Nevada, New Mexico, Texas, Arizona, and the territorial island of Puerto Rico.  There, controlled substances are more easily and readily available, due to certain state laws, and a porous international border, among other reasons.  Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico.  As such, within the Prohibited Mailing of Narcotics program area of the USPIS, certain indicators have been identified around the trafficking of both illegal drugs, and their proceeds, through the United States Mail.

4

10.     I, along with other Milwaukee Postal Inspectors, conduct routine examinations of Postal Service business databases and the outside surface area of parcels traveling via the USPS mail logistics system to and from the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

11.     On February 12, 2026, **SUBJECT PARCEL ONE** was first scanned/accepted into the USPS mail system in Fountain Valley, CA 92708.  On February 14, 2026, **SUBJECT PARCEL ONE** arrived at the USPS Processing and Distribution Center (PDC), 2201 E College Ave., Oak Creek, WI 53154.  On February 17, 2026, USPIS Milwaukee intercepted **SUBJECT PARCEL ONE** for further inspection and coordination with other law enforcement partners.

12.     On February 11, 2026, **SUBJECT PARCEL TWO** was first scanned/accepted into the USPS mail system in San Diego, CA 92199.  On February 16, 2026, **SUBJECT PARCEL TWO** arrived at the USPS Processing and Distribution Center (PDC), 2201 E College Ave., Oak Creek, WI 53154.  On February 18, 2026, USPIS Milwaukee intercepted **SUBJECT PARCEL TWO** for further inspection and coordination with other law enforcement partners.

13.     Visual examination of the exterior revealed **SUBJECT PARCEL ONE** was specifically addressed in the following manner on the electronically printed postage label:

From:     NADIA DUNLAP
          11392 STONECRESS AVE
          FOUNTAIN VALLEY CA 92708

To:       PAUL BROTZ
          4013 N 47TH PL
          SHEBOYGAN WI 53083-2554

Visual examination of the exterior revealed **SUBJECT PARCEL TWO** was specifically addressed in the following manner on the electronically printed postage label:

From:     NADIA DUNLAP
          11392 STONECRESS AVE

5

FOUNTAIN VALLEY CA 92708

To:      PAUL BRONTZ
4013 N 47TH PL
SHEBOYGAN WI 53083-2554

14.    No phone numbers or other information was listed on either of the **SUBJECT PARCELS** due to the Priority Mail parameters of shipping.

### *CLEAR, Other Intelligence, and canine (K9) alert to the SUBJECT PARCEL*

15.    I conducted a search of the Thomson-Reuters CLEAR database for information written on the mailing label for the addressor, Nadia Dunlap., 11392 Stonecress Ave., Fountain Valley, CA 92708.  The Thomson-Reuters CLEAR database returned a negative result for Nadia Dunlap.  I also conducted a search of the Thomson-Reuters CLEAR database for information printed on the mailing label for the addressed recipient, Paul Brotz. 4013 N 47th Pl., Sheboygan, WI 53083-2554.  The Thomson-Reuters CLEAR database returned a positive result for Paul Brotz. Based on my training, experience, and discussions with fellow Postal Inspectors, there is a technique used in postal based drug trafficking for suspects to use  a blend of factual and erroneous information on e-postage shipping to evade detection due to the "commercial" nature of the shipping method.  The use of this technique may evade detection under the guise of a legitimate parcel.

16.    The United States Postal Inspection Service is a member agency of the North Central, High Intensity Drug Trafficking Area "HIDTA", a multi-agency antidrug task force, organized under the Office of the National Drug Control Policy.  I contacted Milwaukee Police Officer (PO) Robert Gregory, a certified narcotics K9 handler who is also a member of the Interdiction Initiative Group, for assistance in conducting a K9 sniff of the air near the **SUBJECT PARCELS** (were conducted separately).

6

17.     On February 24, 2026, USPIS Postal Inspector Massari met with PO Gregory and his K9 "Titus."  Together, PO Gregory and Titus are a certified Police Narcotic Detection Team with over four weeks (180 hours) of intensive training and they are accredited through Shallow Creek Kennels, in Sharpsville PA, deploying and utilizing a drug detection canines; that this certification is based on guidelines set forth by the North American Police Work Dog Association (NAPWDA) which is a nationally based group in partnership with local, state, federal and international agencies including private vendors, law enforcement and first responders; that this training establishes consensus-based best practices for the use of detection canine teams by improving the consistency and performance of deployed teams which will improve interdiction efforts as well as courtroom acceptance.  Titus is trained to detect the odor of controlled substances; that these substances include marijuana, cocaine, heroin, methamphetamine, etc., as well as other dangerous drugs due to chemical processing similarities; that upon location of the odor of these controlled substances, Titus's behavior will change; that Titus is trained to come to a final indication to the source of the odor; furthermore, this final indication may also indicate items recently contaminated with, or associated with, the odor of one or more controlled substances.  PO Gregory states that during training and law enforcement operations, Titus has determined final indications to the presence of controlled substances that he is trained to detect, over 500 times since being assigned to HIDTA, which included training, and in each final indication, drugs that Titus is trained to find have been recovered or a drug nexus has been found.   PO Gregory and Titus were most recently certified in September of 2025. Titus's alerts have been the basis for 40 search warrant (parcels, residences, vehicles, etc) and the search of numerous motor vehicles.

18.     On February 24, 2026, Inspector Massari placed **SUBJECT PARCEL ONE** on the floor of a hallway hidden amongst various office equipment and office furniture at the HIDTA

7

office building. PO Gregory informed Inspector Massari that Titus' final indication of **SUBJECT PARCEL ONE** indicated the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

19. Also on February 24, 2026, that same day but separately from **SUBJECT PARCEL ONE** and in a separate office location, Inspector Massari placed **SUBJECT PARCEL TWO** on a desk in another office area hidden amongst various office equipment and office furniture at the HIDTA office building. PO Gregory informed Inspector Massari that Titus' final indication of **SUBJECT PARCEL TWO** indicated the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

20. Based upon the information as outlined in this affidavit, I strongly believe that the **SUBJECT PARCELS** may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open the **SUBJECT PARCELS** and search its contents for evidence of controlled substance trafficking. I also request permission to seize contents of the **SUBJECT PARCELS** as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

21. I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I,

8

respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

22. The **SUBJECT PARCELS** are currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

23. Further, it is respectfully requested that this Court issue an order pursuant to Title 18 U.S.C. § 3103a(b), finding that immediate notification may have an adverse result listed in Title 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized for a period up to 180 days, unless an extension is requested. I believe that immediate notification of the contents of this affidavit and related documents may have a significant and negative impact on the investigation into Postal based drug trafficking and may severely jeopardize its effectiveness.

9