AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original    ☐ Dup

CLERK'S OFFICE
A TRUE COPY
Feb 27, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | Case No.    26-MJ-53 |
| USPS Priority Mail Parcel number 9405 5362 0624 9316 4928 06 | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin   
*(identify the person or describe the property to be searched and give its location)*:

SUBJECT PARCEL ONE is described: 12.5" L x 9.5" H x 0.25" W, white USPS Priority Mail Flat Rate Envelope; weighing approximately 2 oz or 56.7 grams; USPS Priority Mail postage label with tracking number 9405 5362 0624 9316 4928 06; e-postage paid label has the origin zip code of 92708 "Fountain Valley, CA"; addressed to 4013 N 47th Pl., Sheboygan, WI 53083;postage paid was $8.28; commercial e-postage generated postage label is addressed to to "Paul Brotz 4013 N 47th Pl., Sheboygan, WI 53083-2544" and sent from "Nadia Dunlap 11392 Stonecress Ave., Fountain Valley, CA 92708."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before    03/13/2026    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    U.S. Magistrate Judge William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of    08/24/2026   .

Date and time issued:   02/27/2026 at 9:45 a.m.             *William E. Duffin*
                                                 *Judge's signature*

City and state:    Milwaukee, Wisconsin               William E. Duffin, U.S. Magistrate Judge
                                                    *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br><br>26 MJ 53 | Date and time warrant executed:<br><br>27 FEB 2026    1111 hrs. | Copy of warrant and inventory left with:<br><br>9405 5362 0624 9316 4928 06 |

Inventory made in the presence of :

PI Chris Massari and PI Scott Engelhardt

Inventory of the property taken and name(s) of any person(s) seized:

Search Warrant 26-MJ-53: USPS Priority Parcel 9405 5362 0624 9316 4928 06, was opened and located inside was a resealable plastic bag.  Contained inside of the plastic bag was oval salmon-colored tablets with "b 974" stamped on one side and "30" stamped on the other side.  A field test of the material was conducted by PI Massari using the ThermoFisher Scientific TruNarc Handheld Narcotics Analyzer, Raman Spectrometer.  The material field tested positive for Methamphetamine.  The approximate weight of tablets was 53 grams.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     4 MAR 2026

_Executing officer's signature_

Chris Massari    U.S. Postal Inspector

_Printed name and title_